guidelines because the reasons articulated for departure were not substantial and compelling, as required by MCL 769.34(3). The Court of Appeals affirmance of the defendant's sentence in its memorandum opinion is inconsistent with the determination that resentencing is required. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 269999.

*Leave to Appeal Denied April 28, 2009:*

VAUGHAN v THOMAS, No. 134989; Court of Appeals No. 267396.

PEOPLE v RICKY FRANKLIN, No. 136300. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 280365.

BEHNKE, INC v STATE OF MICHIGAN and VAN'S DELIVERY SERVICE, INC v ATTORNEY GENERAL, Nos. 136411 and 136412; reported below: 278 Mich App 114.

MICTA SERVICE CORPORATION v MICTA, No. 136467; Court of Appeals No. 280132.

PEOPLE v RONALD MCBRIDE, No. 136764. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282814.

GRAND BLANC VENTURE, LLC v GRAND BLANC CHARTER TOWNSHIP, No. 136928; Court of Appeals No. 276311.

PEOPLE v BRANDON MOORE, No. 136986. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283907.

PEOPLE v GAMBLE, No. 137017; Court of Appeals No. 276034.

PEOPLE v KEVIN JACKSON, No. 137128. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282928.

PEOPLE v LARABEE, No. 137132; Court of Appeals No. 275658.

PEOPLE v BAYONES, No. 137227; Court of Appeals No. 275985.

PEOPLE v ANTHONY SMITH, No. 137270. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285536.

PEOPLE v BONGA, No. 137295; Court of Appeals No. 283630.

PEOPLE v CERDAVALENCIA, No. 137304. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283877.